**Jewel BOND, doing business as Bonds Kennel, Petitioner,**

v.

**UNITED STATES DEPARTMENT OF AGRICULTURE, Respondent.**

No. 06–3242.

United States Court of Appeals, Eighth Circuit.

Submitted: April 22, 2008.

Filed: April 29, 2008.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Jewel Bond petitions for review of an order of the Secretary of the United States Department of Agriculture (USDA) finding that she willfully violated the Animal Welfare Act (AWA) and ordering her to cease and desist from violating the AWA, suspending her AWA license for one year, and imposing a $10,000 civil penalty. We conclude that substantial evidence supports the Secretary's decision, *see Cox v. USDA,* 925 F.2d 1102, 1104 (8th Cir.1991) (standard of review), and that the Secretary's choice of sanction is not "unwarranted in law or unjustified in fact," *see Lesser v. Espy,* 34 F.3d 1301, 1309 (7th Cir.1994). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.